Clerk's Office
United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE
ASSIGNMENT

Civil action __07__ CV __1274__ was assigned to Judge __Irizarry__ and Magistrate Judge __Bloom__ as related to __05 CV 3222__ on __3/27__, 2007.

A copy of the complaint is attached.

A copy of this Notice will be docketed.

cc: Chambers of Assigned Judge and Magistrate Judge
    Case File